# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | SGS North America, Inc. | 11/30/2022 | Wire | $ 4,280.70 |
| Akorn Operating Company, LLC | SGS North America, Inc. | 12/9/2022 | Wire | $ 61,738.91 |
| Akorn Operating Company, LLC | SGS North America, Inc. | 1/6/2023 | Wire | $ 6,634.20 |
| Akorn Operating Company, LLC | SGS North America, Inc. | 2/8/2023 | Wire | $ 6,247.70 |
| | | | | $ 78,901.51 |